NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL ALEXANDER LYNCH,    )
DOC # D65181,               )
                            )
          Appellant,        )
                            )
v.                          )          Case No. 2D17-3271
                            )
STATE OF FLORIDA,           )
                            )
          Appellee.         )
_____ )

Opinion filed June 15, 2018.

Appeal from the Circuit Court for Sarasota
County; Debra Johnes Riva, Judge.

Howard L. Dimmig, II, Public Defender,
and Maureen E. Surber, Assistant Public
Defender, Bartow (withdrew after briefing);
Shelli Freeland Eddie of The Freeland Eddie
Law Group, PA, Sarasota (substituted as
counsel of record), for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and John M. Klawikofsky,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and BADALAMENTI and ROTHSTEIN-YOUAKIM, JJ., Concur.